UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER D. CRAFT, SR.,

                    Plaintiff,

        -against-                                22-CV-10347 (LTS)

NEW YORK STATE SUPREME COURT, ET          CIVIL JUDGMENT
AL

                    Defendants.

For the reasons stated in the December 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    December 19, 2022
            New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge